IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES FRANK SPENCE,** | 2:03-cv-1987 GEB JFM P |
| Petitioner, | **ORDER** |
| v. | |
| **ALEXANDER HICKMAN, Warden,** | |
| Respondent. | |

Upon considering respondent's request, and good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's October 6, 2008 request is granted; and

2. Respondent shall have an additional 15 days, to and including October 21, 2008, to supply the requested video tape.

Dated: October 14, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001;spen1987.eot

Order